## 16544. ELDER *v.* GALLOWAY.

BLOODWORTH, J. The judge of the municipal court of Atlanta did not err in any of the rulings of which complaint is made in the petition for certiorari; nor did the judge of the superior court err in overruling the certiorari. This case is controlled by the ruling in *Strickland* v. *Brown,* 19 *Ga. App.* 73 (90 S. E. 1039). We are asked to review and overrule that case. This request is refused, as the cases cited in the decision in that case support the principle announced therein. See *Morris* v. *Perkins,* 148 *Ga.* 554 (97 S. E. 526).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 8, 1925.

Certiorari; from Fulton superior court—Judge E. D. Thomas. May 4, 1925.

*W. H. Terrell,* for plaintiff.
*Hendrix & Buchanan,* for defendant.